IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

THE ESTATE OF MARQUEZ SMART
BY RANDALL SMART & BRENDA BRYANT
AS ADMINISTRATORS OF THE ESTATE OF
MARQUEZ SMART, AND RANDALL SMART
AND BRENDA BRYANT, AS HEIRS OF
MARQUEZ SMART, DECEASED,

                              Plaintiffs,

    vs.                                            Case No. 14-CV-02111-EFM-JPO

THE CITY OF WICHITA, WICHITA POLICE
DEPARTMENT OFFICERS LEE FROESE &
AARON CHAFFEE IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITY,

                              Defendants.

**ORDER GRANTING DEFENDANTS LEAVE OF COURT
TO TAKE INMATE'S VIDEOTAPED DEPOSITION**

      On this 15th day of September, 2017, the above-entitled matter comes before the Court for an Order Granting Permission to Take Videotaped Deposition of Inmate (ECF No. 146). Plaintiffs do not oppose the request. The Court finds that defendants City of Wichita and Officers Lee Froese and Aaron Chaffee, should be granted leave of Court to take the deposition of Tyriesha Smith at a time to be arranged with the Sedgwick County Detention Facility, and that the court reporter and videographer shall be allowed to bring the necessary equipment into the Sedgwick County Detention Facility to record the deposition.

{T0451987}                        1

IT IS SO ORDERED.

    s/ James P. O'Hara
James P. O'Hara
U.S. MAGISTRATE JUDGE


PREPARED BY:

/s/ J. Steven Pigg
J. Steven Pigg    #09213
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
Topeka, KS  66606
(785) 232-7761 / (785) 232-6604 – fax
E-mail:  spigg@fisherpatterson.com
**Attorney for Defendants**

    and

JENNIFER L. MAGAÑA, #15519
City Attorney
SHARON L. DICKGRAFE, #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, KS 67202
(316) 268-4681 / (316) 268-4335 – fax
Email:  sdickgrafe@wichita.gov
**Attorney for Defendant City of Wichita**