IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE ESTATE OF MARQUEZ SMART, BY RANDAL SMART & BRENDA BRYANT, AS ADMINISTRATORS OF THE ESTATE OF MARQUEZ SMART, AND RANDAL SMART AND BRENDA BRYANT, AS HEIRS OF MARQUEZ SMART, DECEASED<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF WICHITA, OFFICER LEE FROESE, AND OFFICER AARON CHAFFEE, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY<br><br>Defendants. | Case No.: 2:14-CV-02111-EFM-JPO |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT TO SUBSTITUTE THE PROPER PARTY IN INTEREST**

Plaintiffs, the Estate of Marquez Smart, by Randal Smart and Brenda Bryant, as Administrators of the Estate of Marquez Smart, and Randal Smart and Brenda Bryant, as heirs of Marquez Smart, pursuant to Rules 15 and 17 of the Federal Rules of Civil Procedure, move for leave to amend and supplement their Complaint to substitute the proper party in interest. Plaintiffs attach their Proposed Second Amended and Supplemental Complaint hereto as Exhibit A and to their memorandum in support filed contemporaneously herein.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting them to leave to file a Second Amended and Supplemental Complaint.

Dated this 15th day of December, 2017.

1

*Respectfully submitted by,*

**PROTZMAN LAW FIRM, LLC**

/s/ Andrew B. Protzman
Andrew B. Protzman          KS No. 18015
1100 Main Street; Suite 2430
Kansas City, Missouri 64105
Tel:(816) 421-5100
Fax: (816) 421-5105
andy@protzmanlaw.com

*and*

KUHLMAN & LUCAS, LLC

/s/ Bradley D. Kuhlman
Bradley D. Kuhlman          KS Bar No. 7844
1100 Main Street, Suite 2550
Kansas City, Missouri 64105
Tel: (816) 799-0330
Fax: (816) 799-0336
brad@kuhlmanlucas.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notice to the following attorneys of record:

| | |
|---|---|
| Jennifer Magaňa   #15519 | J. Steven Pigg  #09213 |
| Sharon L. Dickgrafe  #14071 | Fisher, Patterson, Sayler & Smith, L.L.P. |
| Chief Deputy City Attorney | 3550 S.W. 5th Street |
| City Hall-13th Floor | P. O. Box 949 |
| 455 North Main | Topeka, KS  66601-0949 |
| Wichita KS 67202 | Tel:     (785) 232-7761 |
| Tel:     (316) 268-4681 | Fax:    (785) 232-6604 |
| Fax:    (316) 268-4335 | spigg@fisherpatterson.com |
| sdickgrafe@wichita.gov | **Attorney for All Defendants** |
| **Attorney for Defendant City of Wichita** | |

/s/ Andrew B. Protzman
**Attorney for Plaintiffs**

2

Case 2:14-cv-02111-JPO   Document 171   Filed 12/15/17   Page 3 of 3