## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

THE ESTATE OF MARQUEZ SMART,   )
BY RANDAL SMART & BRENDA   )
BRYANT, AS ADMINISTRATORS OF   )
THE ESTATE OF MARQUEZ SMART,   )
AND RANDAL SMART AND BRENDA   )
BRYANT, AS HEIRS OF MARQUEZ   )
SMART, DECEASED   )    Case No.: **2:14-CV-02111-EFM-JPO**
  )
       Plaintiffs,   )
  )
vs.   )
  )
THE CITY OF WICHITA, OFFICER LEE   )
FROESE, AND OFFICER AARON   )
CHAFFEE, IN THEIR INDIVIDUAL AND   )
OFFICIAL CAPACITY   )
  )
       Defendants.   )

### NOTICE OF APPEAL

Pursuant to F.R.A.P. 3 and 4, Plaintiffs, the Estate of Marquez Smart, by Randal Smart and Brenda Bryant, as Administrators of the Estate of Marquez Smart, and Randal Smart and Brenda Bryant, as heirs of Marquez Smart (collectively "the Smarts"), appeal to the United States Court of Appeals for the Tenth Circuit from the Order entered on August 7, 2018 [Doc. 205], granting Defendants' summary judgment motion, and the Order entered on October 19, 2018 [Doc. 214], denying Plaintiffs' Motion for Reconsideration.

*Respectfully submitted by,*

**PROTZMAN LAW FIRM, LLC**

/s/ Andrew B. Protzman
Andrew B. Protzman          KS Bar No. 18015
Ben Stelter-Embry           KS Bar No. 25891
1100 Main Street, Suite 2430
Kansas City, Missouri 64105
Tel:(816) 421-5100
Fax: (816) 421-5105
andy@protzmanlaw.com
ben@protzmanlaw.com

*and*

KUHLMAN & LUCAS, LLC

/s/ Bradley D. Kuhlman
Bradley D. Kuhlman          KS Bar No. 7844
1100 Main Street, Suite 2550
Kansas City, Missouri 64105
Tel: (816) 799-0330
Fax: (816) 799-0336
brad@kuhlmanlucas.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2018, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notice to the following attorneys of record:

| | |
|---|---|
| Jennifer Magaña   #15519 | J. Steven Pigg   #09213 |
| Sharon L. Dickgrafe  #14071 | Fisher, Patterson, Sayler & Smith, L.L.P. |
| Chief Deputy City Attorney | 3550 S.W. 5th Street |
| City Hall-13th Floor | P. O. Box 949 |
| 455 North Main | Topeka, KS  66601-0949 |
| Wichita KS 67202 | Tel:     (785) 232-7761 |
| Tel:     (316) 268-4681 | Fax:    (785) 232-6604 |
| Fax:    (316) 268-4335 | spigg@fisherpatterson.com |
| sdickgrafe@wichita.gov | **Attorney for All Defendants** |
| **Attorney for Defendant City of Wichita** | |

/s/ Andrew B. Protzman
**Attorney for Plaintiffs**