IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

THE ESTATE OF MARQUEZ SMART
BY RANDALL SMART & BRENDA BRYANT
AS ADMINISTRATORS OF THE ESTATE OF
MARQUEZ SMART, AND RANDALL SMART
AND BRENDA BRYANT, AS HEIRS OF
MARQUEZ SMART, DECEASED,

Plaintiffs,

vs.   Case No. 14-cv-02111

THE CITY OF WICHITA, WICHITA POLICE
DEPARTMENT OFFICERS LEE FROESE &
AARON CHAFFEE IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITY,

Defendants.

## ORDER ON LIMINE STIPULATION

Pursuant to stipulation of the parties to a limine order (ECF No. 256), the court orders that the evidence described below is inadmissible. The parties, their counsel, and witnesses are precluded from referencing such evidence in the presence of the jury, whether by argument, allegation, or presentation of evidence:

1. Evidence of insurance coverage for defendant.

2. Evidence of any obligation of the City of Wichita to defend or indemnify defendant Chaffee from any judgment.

3. Evidence of settlement discussions, negotiations, offers, or demands.

4. Evidence related to other shootings or uses of force by other Wichita police officers.

5. Evidence of emotional distress, bereavement, mental anguish, loss of companionship, society or emotional or financial support of either individual plaintiff as a result of the death of Marquez Smart.

IT IS SO ORDERED on this 3rd day of November, 2020.

                                                          s/ James P. O'Hara
                                                          JAMES P. O'HARA
                                                          U.S. MAGISTRATE JUDGE

APPROVED BY:

/s/ Joe M. McGreevy
| | |
|---|---|
| Bradley D. Kuhlman | #07844 |
| Joe M. McGreevy | #25857 |

KUHLMAN & LUCAS, LLC
4700 Belleview Ave., Suite 300
Kansas City, MO 64112
(816) 799-0330 / (816) 799-0336 – fax
brad@kuhlmanlucas.com
joe@kuhlmanlucas.com
**Attorneys for Plaintiffs**

and

| | |
|---|---|
| Andrew B. Protzman | #18015 |
| Ben Stelter-Embry | #25891 |

PROTZMAN LAW FIRM, LLC
1100 Main St., Suite 2430
Kansas City, MO 64105
(816) 421-5100 / (816) 421-5105 – fax
andy@protzmanlaw.com
ben@protzmanlaw.com
**Attorneys for Plaintiffs**

/s/ J. Steven Pigg
| | |
|---|---|
| J. Steven Pigg | #09213 |
| Samuel A. Green | #24221 |

FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
Topeka, KS 66606
(785) 232-7761 / (785) 232-6604 – fax
spigg@fpsslaw.com
sgreen@fpsslaw.com
**Attorneys for Defendants**